UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JEFFREY BODOFF,** *et al.*,   )<br>                                                   )<br>              **Plaintiffs,**            )<br>                                                   )<br>        v.                                     )<br>                                                   )<br>**ISLAMIC REPUBLIC OF IRAN,** *et al.*,   )<br>                                                   )<br>              **Defendants.**          )<br>                                                   )  | Civil Case No.  08–547 |

## ORDER AND JUDGMENT

In accordance with the Memorandum Opinion issued this date, it is hereby

**ORDERED** that final judgment is entered in favor of plaintiffs and against defendants Islamic Republic of Iran ("Iran") and Iranian Ministry of Information and Security ("MOIS"); it is further

**ORDERED** that the $16,988,300 in compensatory damages awarded to plaintiffs in 2006 against Iran and an individual, Ayatollah Ali Hoseini Khamenei ("Khamenei") is hereby confirmed as an award under 28 U.S.C. § 1605A against Iran and MOIS; it is further

**ORDERED** that in order to avoid double recovery, plaintiffs may not seek to enforce the prior judgment for $16,988,300; and it is further

**ORDERED** the $300,000,000 in punitive damages awarded to plaintiffs in 2006 against Khamenei is hereby confirmed as an award under 28 U.S.C. § 1605A against Iran and MOIS; it is further

**ORDERED** that the outstanding judgment from the previous *Bodoff* case in the amount of $ 300,000,000 against Khamenei shall remain outstanding; and it is further

**ORDERED** that defendants Iran and MOIS shall be liable, jointly and severally, for the entire $316,988,300 amount; it is further

**ORDERED** that plaintiffs shall forthwith, at their own cost and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Order and Judgment, and the Memorandum Opinion issued this date, to defendants.

This is a final appealable order. *See* Fed. R. App. P. (4)(a).

**SO ORDERED.**

Signed December 3, 2012 by Royce C. Lamberth, Chief Judge.